UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| DAVID SCOTT CAUDILL FARMER,   ) | |
| ) | |
| Plaintiff,   ) | Civil No. 7:16-CV-00025-GFVT |
| ) | |
| V.   ) | |
| ) | |
| CAROLYN COLVIN,   ) | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

1. The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

3. All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

4. This matter is **STRICKEN** from the Court's active docket.

This the 30th day of January, 2017.

Gregory F. Van Tatenhove
United States District Judge